## FREDERICK v. DUPLIN MEDICAL ASSN.

No. 46P97

Case below: 125 N.C.App. 214

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

## HAND v. CONNECTICUT INDEMNITY CO.

No. 50P97

Case below: 124 N.C.App. 774

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

## HARTFORD UNDERWRITERS INS. CO. v. BECKS

No.401P96

Case below: 123 N.C.App. 489

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 1997.

## HOLT v. SARA LEE CORP.

No. 31PA97

Case below: 124 N.C.App. 666

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 March 1997.

## IN RE BRAKE

No. 29PA97

Case below: 125 N.C.App. 211

Petition by petitioner (Guardian Ad Litem) for discretionary review pursuant to G.S. 7A-31 allowed 6 March 1997. Petition by petitioner (Vance Co.) for discretionary review pursuant to G.S. 7A-31 allowed 6 March 1997.